UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RUSSELL WILLIAM BRADLEY**,

   **Plaintiff**,

v.                                         Case No. 3:23cv24728-TKW-ZCB

**JOYCE WILLIAMS**, et al.,

   **Defendants**.

_____/

## ORDER

This case is before the Court based on the letter from attorney Randall Etheridge (Doc. 6) stating that he does not represent Plaintiff and asking that he be removed as a point of contact for Plaintiff. This is the second such letter from Mr. Etheridge. *See* Doc. 4.

The magistrate judge recommended that this case be dismissed based on Mr. Etheridge's prior letter and Plaintiff's failure to provide a proper address for himself in his complaint. The Court finds based on Mr. Etheridge's second letter that there is no reason to hold the Report and Recommendation for the 14-day objection period in Fed. R. Civ. P. 72(b)(2) since it is apparent that Plaintiff has not received the Report and Recommendation and the Court has no way to get it to him.

Accordingly, the Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this Order, and it is **ORDERED** that:

1.  This case is **DISMISSED** without prejudice.

2.  The Clerk shall remove Mr. Etheridge's contact information from Plaintiff's address of record in CM/ECF.

3.  The Clerk shall enter judgment in accordance with this Order and close the case file.

4.  The Clerk shall hold a copy of the Report and Recommendation, this Order, and the judgment at the intake window in the Clerk's Office for a period of 30 days in the event that Plaintiff comes to the courthouse or contacts the Clerk looking for information about this case.

**DONE and ORDERED** this 15th day of December, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**